USDC, W.D. Pa. 04-115   16
Motion to Compel Discovery et al.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS JAMES GAFFNEY, III: a minor, by and through his parent and natural guardian RENEE GAFFNEY, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 04-0115 |
| v. ) ) | |
| RUSH TRUCKING CORPORATION and BARCLAY HENDERSON, JR., et al ) ) ) | Judge Lancaster |
| Defendants. ) | |

### ORDER OF COURT

AND NOW, this ___7TH___ day of __NOVEMBER__, 2005, it is hereby ORDERED, ADJUDGED and DECREED the following:

1. Defendants shall produce Barclay Henderson, Jr. and William Downing for the continuation of their depositions within thirty (30) days at the offices of Plaintiff's counsel. ████████████████████████████████████████████████

2. Defendant Rush Trucking Corporation and Defendant Henderson are ordered to provide to all counsel of record the following information within ten (10) days, or suffer severe and appropriate sanctions:

   a. Barclay Henderson Jr.'s cell phone records and bills for the time period of November 30, 2003 through December 14, 2003 in their entirety;

   b. All medical records of Barclay Henderson, Jr. for the six month time period

USDC, W.D. Pa. 04-115   17
Motion to Compel Discovery et al.

preceding the accident ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊. Defendants must also produce all medical records of Barclay Henderson, Jr. for the six month time period subsequent to the accident without redaction;

c. All Rush Trucking monthly summary violation sheets whether from Bob Tynes & Associates or elsewhere which document Federal Motor Carrier Safety Violations for the entire year of 2003 of any driver operating for Rush Trucking Corporation in their entirety;

d. Any and all insurance policies which cover the trailer which was involved in the subject of this accident, which were in effect on the date of the accident in their entirety;

e. Any and all insurance policies, including errors and/or omissions policies, which cover Andra Rush personally, which were in effect on the date of this accident, which in any manner cover either her personally or in her capacity as CEO of Rush Trucking Corporation;

f. Full and complete Federal, State and Local tax returns for Rush Trucking Corporation and Defendant Henderson, including any and all appendices for the years 2002, 2003 and 2004 in their entirety.

BY THE COURT:

J. _____

DATED: 11/2/05