**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LOUIS JAMES GAFFNEY, III, a minor, )<br>by and through his parent and natural )<br>guardian, RENEE GAFFNEY, )<br>                                                    )<br>                          Plaintiff,                  )<br>                                                    )<br>              vs.                                     )<br>                                                    )<br>RUSH TRUCKING CORPORATION; )<br>and BARCLAY HENDERSON, JR., )<br>                                                    )<br>                          Defendants,              )<br>                                                    )<br>              vs.                                     )<br>                                                    )<br>RUSH TRUCKING CORPORATION; )<br>and BARCLAY HENDERSON, JR., )<br>                                                    )<br>              Third-Party Plaintiffs,           )<br>                                                    )<br>              vs.                                     )<br>                                                    )<br>DARRAL GAFFNEY, Administrator of )<br>the ESTATE OF LOUIS JAMES )<br>GAFFNEY, JR., )<br>                                                    )<br>              Third-Party Defendant.         ) | **CIVIL ACTION**<br><br>**Case No.: 04-0115**<br>**Consolidated with Case No.: 04-1170**<br>**Judge Lancaster**<br><br><br><br><br><br>**ORDER OF COURT** |

| | |
|---|---|
| RENEE GAFFNEY, LOUIS GAFFNEY, )<br>III, a minor, by and through his parent )<br>and natural guardian, RENEE GAFFNEY; )<br>GAFFNEY TAMMERA GAFFNEY; LOUIS)<br>GAFFNEY, SR.; HELEN GAFFNEY; and )<br>DARRAL GAFFNEY, Personal )<br>Representative for the ESTATE OF )<br>LOUIS GAFFNEY, JR., Deceased, )<br>                                                    )<br>                          Plaintiffs,               )<br>                                                    )<br>              vs.                                     )<br>                                                    ) | |

RUSH TRUCKING CORPORATION;      )
and BARCLAY HENDERSON, JR.,     )
                                )
                Defendants,     )
                                )
        vs.                     )
                                )
ANDRA RUSH; and BLAZER TRUCK    )
LINES, INC.,                    )
                                )
                Defendants,     )
                                )
        vs.                     )
                                )
RUSH TRUCKING CORPORATION;      )
and BARCLAY HENDERSON, JR.,     )
                                )
        Third Party Plaintiffs, )
                                )
        vs.                     )
                                )
CHRISTINE A. WALCZAK,           )
                                )
        Third Party Defendant.  )

**ORDER OF COURT**

AND NOW, to-wit, this __2 4__ day of __July__, 2006, upon presentation of

the foregoing Motion for Confidentiality and to Seal Record of Settlement, it is hereby

ORDERED, ADJUDGED AND DECREED that said Motion for Confidentiality and to Seal

Record of Settlement is GRANTED.  The terms of the settlement are declared to be confidential

and the record of the settlement, to include Petitions for Approval of the same, including

Exhibits, shall be sealed but may be opened in the event that any settlement enforcement or

default proceedings may be necessary.

BY THE COURT:

_____, J.

586312
0165.0042