IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS JAMES GAFFNEY, III, a minor by and through his parent and natural guardian, RENEE GAFFNEY,<br><br>   Plaintiff.<br><br> v.<br><br>RUSH TRUCKING CORPORATION; and BARCLAY HENDERSON, JR.,<br><br>   Defendants,<br><br> v.<br><br>RUSH TRUCKING CORPORATION; and BARCLAY HENDERSON, JR.<br><br>   Third Party Plaintiffs,<br><br> v.<br><br>DARRAL GAFFNEY, Personal Representative for the ESTATE OF LOUIS JAMES GAFFNEY, JR.,<br><br>   Third Party Defendant.<br><br> and<br><br>RENEE GAFFNEY; LOUIS GAFFNEY, III, a minor, by and through his parent and natural guardian; RENEE GAFFNEY; TAMMERA GAFFNEY; LOUIS GAFFNEY, SR., HELEN GAFFNEY; and DARRAL GAFFNEY, Personal Representative for the Estate of LOUIS GAFFNEY, JR., Deceased,<br><br>   Plaintiffs,<br><br> v. | Civil Action No. 04-0115<br>(Consolidated with Case No. 04-1170)<br><br>JUDGE LANCASTER<br><br>**ORDER OF COURT DISMISSING COMPLETE PERSONNEL LOGISTICS, INC.'S CROSS-CLAIM AGAINST RUSH TRUCKING CORPORATION WITHOUT PREJUDICE** |

RUSH TRUCKING CORPORATION and
BARCLAY HENDERSON, JR.

   Defendants and Third
   Party Plaintiffs,

 v.

COMPLETE PERSONNEL LOGISTICS,
INC., an Ohio corporation,
 v.

CHRISTINE A. WALCZAK,

   Third Party Defendant.

## ORDER OF COURT DISMISSING
## COMPLETE PERSONNEL LOGISTICS, INC.'S CROSS-CLAIM
## AGAINST RUSH TRUCKING CORPORATION WITHOUT PREJUDICE

AND NOW, this 6th day of Sept, 2006, in accordance with Fed. R. Civ. P. 41, it is hereby ORDERED, ADJUDGED and DECREED that Complete Personnel Logistics, Inc.'s cross-claims against Rush Trucking Corporation are dismissed *without prejudice*.

                  _____
                  Gary L. Lancaster
                  United States District Judge